No. 67424.—The Glemby Co., Inc., et al. *v.* United States, protests 59/18202, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon hair nets similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.